1

2

3

UNITED STATES DISTRICT COURT

4

EASTERN DISTRICT OF WASHINGTON

5

6    LEAH BURNETT, on her own behalf and on
     behalf of a CLASS OF SIMILARLY               NO. CV-10-0056-JLQ
7    SITUATED EMPLOYEES OF
     DEFENDANT,
8

9                        Plaintiffs,              ORDER

10

11        vs.

12   WEST CUSTOMER MANAGEMENT
     GROUP, LLC, a Delaware limited liability
13   company,

14
                         Defendant.
15

16

17          On September 2, 2010, counsel for the parties filed a Notice of Settlement (Ct.

18   Rec. 44).  The Notice indicates the "class action" has been settled, and requests the court

19   to retain jurisdiction to consider preliminary and final approval of the class action

20   settlement.  The court notes that this settlement has been reached prior to the court ruling

21   on a motion for certification of the class.  Although such pre-certification settlements

22   may be approved by the court, the court is required to apply a higher standard of fairness

23   to ensure all the requirements of Fed.R.Civ.P. 23 are met. *See Amchem Prods., Inc. v.*

24   *Windsor*, 521 U.S. 591, 621 (1997).  Accordingly, the court directs the parties to file the

25   motion for class certification and the motion for preliminary approval of the settlement

26   simultaneously.

     ///
27
     ///
28

     ORDER - 1

1

    Pursuant to this Order the pending Motion to Compel **(Ct. Rec. 20)** and Motion to

2   Dismiss **(Ct. Rec. 25)** shall be administratively **TERMINATED**.

3       **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and

4   furnish copies to counsel.

5       **DATED** this 3rd day of September, 2010.

6                          s/ Justin L. Quackenbush
                           JUSTIN L. QUACKENBUSH
7              SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2