AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LEAH BURNETT, ON HER OWN BEHALF AND ON
BEHALF OF A CLASS OF SIMILARLY SITUATED
EMPLOYEES OF DEFENDANT,

v.

WEST CUSTOMER MANAGEMENT GROUP, LLC,
a Delaware Limited Liability Company,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-056-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment of dismissal of all claims in the Second Amended Complaint is entered with prejudice and without further costs pursuant to the Order Granting Plaintiffs' Motion for Class Certification and Final Approval of the Class Action Settlement filed February 22, 2011, Ct. Rec. 77.

The Court awards Class Counsel attorneys' fees and expenses of $142,699.00.

Service payment of $1,500.00 to the representative Plaintiff is approved by the Court.

February 22, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters